No. 401. DISTRICT OF COLUMBIA *v.* BANK OF COMMERCE & SAVINGS ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Vernon E. West, Chester H. Gray, George C. Updegraff*

and *Harry L. Walker* for petitioner. *Jo V. Morgan, William F. Kelly, P. J. J. Nicolaides, Samuel O. Clark, Jr., W. V. T. Justis* and *George E. C. Hayes* for the Bank of Commerce & Savings et al.; and *Nelson T. Hartson, James C. Rogers* and *O. R. McGuire, Jr.* for the Citizens Bank of Washington, respondents.